# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NICHOLAS MILLER** | * | CIVIL ACTION: _____ |
| **VERSUS** | * | NUMBER: _____ |
| **COX OPERATING, L.L.C.** | * | JUDGE: _____ |
| | * | MAGISTRATE: _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

**NOW INTO COURT** comes plaintiff, **NICHOLAS MILLER**, a person of full age of majority domiciled in LaSalle Parish, Louisiana, who respectfully presents the following:

1.

Petitioner's claims are brought pursuant to the Admiralty and General Maritimes Laws of the United States, Louisiana Tort Law and the Outer Continental Shelf Lands Act (43 U.S.C. §§ 1331 et seq.).

2.

Venue is proper in this district for defendant is domiciled in the Eastern District of Louisiana.

3.

Made defendant is:

**COX OPERATING, L.L.C.**, a foreign limited liability company authorized to do and doing business in the State of Louisiana, who may be served through its registered agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

4.

On or about April 13, 2021, plaintiff, **NICHOLAS MILLER**, was employed by Ace Construction and Fabrication as a welder.

5.

On or about April 13, 2021, plaintiff, **NICHOLAS MILLER,** was assigned to an offshore platform located in the Gulf of Mexico owned and operated by defendant, **COX OPERATING, L.L.C.** Upon information and belief, this offshore platform was located on the outer continental shelf.

6.

On or about April 13, 2021, **NICHOLAS MILLER** was severely injured when a storage locker fell on top of him during inclement weather. The storage locker was owned by **COX OPERATING, L.L.C.**

7.

As a result of the above incident, **NICHOLAS MILLER** sustained severe injury, including but not limited to injuries to his neck, low back and bilateral hips, requiring surgery.

8.

The April 13, 2021 accident was caused by the neglect and fault of defendant, **COX OPERATING, L.L.C.** in the following particulars:

1. Failing to properly secure the storage locker to the platform;

2. Having knowledge of the propensity for inclement weather, yet failing to assure the storage locker was properly secured to the platform;

3. Failing to warn those on the platform of the fact the storage locker was not secured to the platform; and

4. Failing to timely evacuate **NICHOLAS MILLER** and others on the platform to a safe area considering the approach of severe inclement weather.

9.

As a result of the April 13, 2021 accident and resulting injuries, **NICHOLAS MILLER** has sustained the following damages:

a. Physical pain and suffering (past and future);

b. Mental pain and suffering (past and future);

    c. Loss of income and earning capacity (past and future);

    d. Medical bills (past and future);

    e. Loss of enjoyment of life (past and future); and

    f. Physical disability.

10.

Plaintiff, **NICHOLAS MILLER** pursues damages in the amount of $1,500,000.00.

11.

Attached are Interrogatories and Request for Production of Documents that are to be answered in accordance with the law.

**WHEREFORE**, plaintiff prays that his petition be filed and served upon defendant, ordering it to answer the allegations contained herein; that after legal delays and proceedings are complete, there be judgment in favor of plaintiff, **NICHOLAS MILLER**, and against defendant, **COX OPERATING, L.L.C.**, for damages in an amount reasonable in the premises, together with legal interest and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief.

Respectfully Submitted:

**BRIAN CAUBARREAUX & ASSOCIATES**

BY: _____
BRIAN M. CAUBARREAUX, #21522
brian@caubarreaux.com
**EUGENE A. LEDET, JR, #19681**
genel@caubarreaux.com
ETHAN E. CAUBARREAUX, #38694
ethan@caubarreaux.com
PATRICK B. SADLER, #32235
patricks@caubarreaux.com
PAUL J. TELLARICO, #19401
pault@caubarreaux.com
JACOB R. CAUBARREAUX, #39834
jacob@caubarreaux.com
2204 MacArthur Drive
Alexandria, Louisiana 71301
Telephone: (318) 442-0900
Facsimile: (318) 483-9991
*Attorneys for Plaintiff*

**SERVICE INFORMATION**

**COX OPERATING, L.L.C.,**
*Through its registered agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816.