UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **NICHOLAS MILLER** | * | **CIVIL ACTION NO. 6:23-00566** |
| | * | |
| **VERSUS** | * | **JUDGE DAVID C. JOSEPH** |
| | * | |
| **COX OPERATING, LLC, et al.** | * | **MAGISTRATE JUDGE** |
| | * | **CAROL B. WHITEHURST** |

*********************************************************************************

## ORDER

**CONSIDERING** the Joint Motion for Entry of Judgment on All Claims filed by all remaining parties herein,

**IT IS HEREBY ORDERED** that the Joint Motion for Entry of Judgment is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff, NICHOLAS MILLER, against Defendants, COX OPERATING, L.L.C.; CROSBY ENERGY SERVICES, INC.; CACTUS WELLHEAD, LLC; CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY B0702GL3036710; CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY B0702GL3036700; AXIS SPECIALTY EUROPE; INDUSTRIAL & OILFIELD SERVICES, INC.; ERMINE "SONNY" MILLER; and GULF SOUTH SERVICES, INC., are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**THUS DONE AND SIGNED** this  17th  day of  November , 2025, Lafayette, Louisiana.

_____
**JUDGE DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**